The People of the State of New York, Respondent, v. John Adell, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed by default. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.